FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ARMANDO MERLOS-ORTIZ,<br><br>Defendant. | No. 4:22-CR-06018-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>   **(ECF No. 45)** |

Before the Court is Defendant's motion to Modify Conditions of Release, **ECF No. 45**. Defendant recites in his motion that U.S. Probation does not oppose this request. United States Probation has no objection to the request and the United States defers to United States Probation's position.

Specifically, Defendant is requesting the modification of Condition No. 19, requiring him to be restricted to his residence at all times with the exception of activities approved pre-approved by U.S. Probation.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 45,** is **GRANTED**.

   **Condition No. 19, ECF No. 37, shall be modified as follows:**

**(19)**  Defendant shall participate in one or more of the following home confinement program(s):

ORDER - 1

**GPS Monitoring**: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

AND

**Curfew**: Defendant shall be restricted to his/her residence: every day from 9:00 p.m. to 6:00 a.m. except for medical emergencies.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED September 29, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2