Case 4:22-cr-06018-SAB    ECF No. 54    filed 12/05/22    PageID.148    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2022
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MERLOS-ORTIZ,<br><br>Defendant. | No. 4:22-CR-6018-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 53)** |

Before the Court is Defendant's motion to Modify Conditions of Release, **ECF No. 53**. Defendant recites in his motion that United States Probation has no objection to the request and the United States defers to United States Probation's position.

Specifically, Defendant is requesting the modification of Condition No. 19, requiring him to participate in a program of GPS Monitoring.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 53,** is **GRANTED**.

**Condition No. 19, ECF No. 46, shall be stricken.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 5, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1