# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS ARMANDO MERLOS-ORTIZ,<br><br>Defendant. | Case No. 4:22-CR-6018-RLP-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: 4/23/2025<br><br>LOCATION: Richland<br><br>**PRETRIAL CONFERENCE**<br>**MOTION HEARING** |
|---|---|

**JUDGE REBECCA L. PENNELL**

| Linda Hansen<br>**Courtroom Deputy** | Law Clerk | Kimberly Allen<br>Interpreter | **Court Reporter** |
|---|---|---|---|
| Michael Ellis<br>**Government Counsel** | | Craig Webster<br>**Defense Counsel** | |

[ X ] Open Court                                          [  ] Probation:

Defendant is present with counsel and not in custody.

Motion before the Court: **Defendant's Motion to Dismiss Indictment (ECF No. 98).**

   Craig Webster presented argument in support of the Defendant's motion.
   Michael Ellis argued in opposition.
   The Court questioned counsel.
   Additional remarks by Mr. Webster.

The Court took the matter under advisement and will issue a written order.

Trial is currently set for May 5, 2025, in Richland. Mr. Webster made an oral motion to continue the trial date that is agreed to by the Government. The Court found that excludable time exists from the filing and pendency of the motion before the Court.

The Court set a trial date of **June 9, 2025** and a pretrial conference of **May 14, 2025 at 2:00 pm** in Richland. The viability of the trial date will be revisited at the pretrial conference.

Defendant shall continue on the previously imposed conditions of release.

| CONVENED: 1:29 PM | ADJOURNED: 2:29 PM | TIME: 1 HOUR | [ X ] ORDER FORTHCOMING |
|---|---|---|---|